UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-MJ-1039-RN

| | |
|---|---|
| Cellular Telephone described as White Iphone 4, unknown serial number, black, orange and camouflage case, ATF item 008, collected from Zhaqwaun Gary ) ) ) ) ) ) | **ORDER TO UNSEAL** |

Upon motion of the United States, it is hereby ORDERED that the above-captioned matter be unsealed.

Dated: June 24, 2016

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge